# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 19, 2016

## NO. 03-16-00123-CV

**Rebekha Montie, Appellant**

**v.**

**Bastrop County, Appellee**

**APPEAL FROM THE 335TH DISTRICT COURT OF BASTROP COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD**
**REVERSED AND REMANDED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the order signed by the trial court on February 10, 2016, granting Bastrop County's plea to the jurisdiction. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's order and remands the case to the trial court for further proceedings consistent with this Court's opinion. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.